IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-401-MOC-DCK

| JOSHUA BROWN, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WHOLE FOODS MARKET GROUP, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Stay The Initial Attorneys Conference" (Document No. 8) filed November 4, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Stay The Initial Attorneys Conference" (Document No. 8) is **GRANTED**. The parties shall file their Certification of Initial Attorneys' Conference on or before **November 19, 2020**.

Signed: November 4, 2020

David C. Keesler
United States Magistrate Judge