# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-401-MOC-DCK

| | |
|---|---|
| **JOSHUA BROWN,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **WHOLE FOODS MARKET GROUP, INC.,**<br>d/b/a **WHOLE FOODS AT SHARON SQUARE,** | )<br>)<br>)<br>) |
| **Defendant**. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by John Michael Durnovich, concerning Melody Hall Demasi, on June 9, 2021. Melody Hall Demasi seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. Melody Hall Demasi is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 9, 2021

David C. Keesler
United States Magistrate Judge