IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-401-MOC-DCK

| JOSHUA BROWN, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| WHOLE FOODS MARKET GROUP, INC., | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Modify Case Management Order" (Document No. 16) filed June 14, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Modify Case Management Order" (Document No. 16) is **GRANTED with modification**. The deadlines are set as follows:

| | |
|---|---|
| Expert Disclosures | August 31, 2021 |
| Discovery Completion | September 30, 2021 |
| Mediation Report | October 15, 2021 |
| Dispositive Motions | November 3, 2021 |
| Ready Date for Trial | February 21, 2022. |

**SO ORDERED**.

Signed: June 14, 2021

David C. Keesler
United States Magistrate Judge