# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Joshua Brown, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00401-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Whole Foods Market Group, Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a Jury Verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's April 21, 2022 verdict.

April 22, 2022

Frank G. Johns, Clerk
United States District Court